# In the United States Court of Federal Claims

No. 16-1704 C
(Filed January 17, 2017)

```
* * * * * * * * * * * * * * * *   *
DYNCORP INTERNATIONAL LLC,        *
                                  *
                       Plaintiff, *
                                  *
          v.                      *
                                  *
THE UNITED STATES,                *
                                  *
                      Defendant,  *
                                  *
AAR AIRLIFT GROUP, INC.,          *
                                  *
             Intervenor defendant.*
                                  *
* * * * * * * * * * * * * * *     *
```

## ORDER

    Before the court is plaintiff's "Unopposed Motion to Unseal [Document]," filed under seal on January 13, 2017. The motion raises the question of whether a certain document filed in this case under seal should be unsealed, and whether or not the public version of this document should be redacted. The motion also attaches two different redacted versions of the document. In addition, the motion offers plaintiff's representations as to the positions of the other parties regarding plaintiff's motion. Finally, the motion presents a variety of legal arguments as to the impact of the Privacy Act on plaintiff's request, citing 5 U.S.C. § 552a(b)(11) (2012).

    In the court's view, the resolution of plaintiff's motion would be furthered by briefing from all parties. Thus, rather than rule on the motion as submitted, the court will require response briefs from defendant and intervenor-defendant, as well as a reply brief from plaintiff. The schedule for such briefing is provided by

the court's rules as represented on the docket of this case in the court's CM/ECF system.  As a final note, the court draws the parties' attention to the fact that some names of government employees are redacted while others are disclosed in the redacted versions of the document attached to plaintiff's motion.  It would be helpful to the court if the parties also address this particular aspect of the proposed redacted versions of the document that is the subject of plaintiff's motion.

Accordingly, it is hereby **ORDERED** that

(1) Briefing of plaintiff's "Unopposed Motion to Unseal [Document]," filed under seal on January 13, 2017, shall **PROCEED** pursuant to the rules of this court;

(2) Defendant and Intervenor-defendant shall **FILE** their **Response Briefs** on or before **January 30, 2017**.

/s/Lynn J. Bush
LYNN J. BUSH
Senior Judge