IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

|  |  |  |
|---|---|---|
| DYNCORP INTERNATIONAL, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 16-1704 C (Senior Judge Bush) |
| THE UNITED STATES, | ) ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| AAR AIRLIFT GROUP, INC., | ) ) | |
| Defendant-intervenor. | ) ) | |

## DEFENDANT'S STATUS REPORT

Defendant, the United States, respectfully submits this status report pursuant to the Court's January 11, 2017 order, which states that "[t]he initial thirty day period of remand may be extended upon timely request to the court by the United States Department of Justice, in which defendant must note the position of plaintiff and intervenor defendant as to the requested extension." The agency remand has proceeded apace and is nearly complete. The initial thirty-day remand period expires on February 11, 2017. The United States respectfully requests a 10-day extension, to and including February 21, 2017, for the agency to complete the remand process. In email communications with the undersigned counsel for defendant on February 10, 2017, counsel for plaintiff, David Nadler, and counsel for defendant-intervenor, Joel Singer, stated that their respective clients do not object to this request.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | CHAD A. READLER<br>Acting Assistant Attorney General |
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
|  | s/ Douglas K. Mickle<br>DOUGLAS K. MICKLE<br>Assistant Director |
|  | s/ Douglas G. Edelschick<br>DOUGLAS G. EDELSCHICK<br>Trial Attorney |
| Of Counsel: | Commercial Litigation Branch<br>Civil Division |
| KATHLEEN D. MARTIN<br>Attorney Adviser<br>Department of State<br>2201 C Street, N.W.<br>Washington, DC 20520-6419 | Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 353-9303 |
| February 10, 2017 | Attorneys for Defendant |

- 2 -