# In the United States Court of Federal Claims

No. 16-1704 C

(Filed February 13, 2017)

```
* * * * * * * * * * * * * * *    *
DYNCORP INTERNATIONAL LLC,       *
                                 *
              Plaintiff,          *
                                 *
         v.                       *
                                 *
THE UNITED STATES,               *
                                 *
              Defendant,          *
                                 *
AAR AIRLIFT GROUP, INC.,         *
                                 *
       Intervenor defendant.      *
                                 *
* * * * * * * * * * * * * **      *
```

## ORDER

Pursuant to the court's order of January 12, 2017, defendant filed a Status Report in this matter.  Therein, defendant reports that the agency remand has proceeded apace and is nearly complete.  ECF No. 36.  Defendant requests an additional ten days, to and including February 21, 2017, for the agency to complete the remand process.  For good cause shown, it is hereby **ORDERED** that:

(1)     The **REMAND** is extended for an additional **ten days**, to and including **February 21, 2017**, to the United States Department of State (State);

(2)     This protest has been remanded to State for reconsideration based upon the Inspector General memorandum described in defendant's motion and any further evidence that the agency may gather during

the remand in accordance with any procedures that the agency may establish for that purpose;

(3)     All proceedings in the subject matter remain **STAYED** pending further order of the court; and

(4)     The parties shall **FILE** a **Joint Status Report** within **three days** following the conclusion of the remand proceedings that sets forth the parties' positions regarding whether further litigation is necessary, and, if so, a proposed date for defendant to file the administrative record associated with the remand proceedings, and a proposed briefing schedule on the merits for the Court's consideration.


/s/Lynn J. Bush
LYNN J. BUSH
Senior Judge

2